UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-1506 AHM (CTx) | | Date | June 20, 2008 |
|---|---|---|---|---|
| Title | CELEDONIA X. YUE, M.D. v. CONSECO LIFE INSURANCE COMPANY | | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**     IN CHAMBERS

On June 18, 2008, Defendant filed a motion to "Transfer to Judge Snyder or Recuse the Court's Employee."  Given that this case was filed on March 4, 2008 and transferred to this Court on March 25, 2008, the portion of the motion seeking transfer is untimely and, in any event, meritless.  The allegations in the complaint unquestionably demonstrate that this case is sufficiently related to *In re Conseco Life Insurance Company Cost of Insurance Litigation*, MDL No. 1610 (AHM) as to warrant transfer.

The sole basis for the portion of the motion seeking "recusal" is that "an individual employed in the Court's Chambers"[1] has a personal relationship with an attorney employed by the law firm representing defendant.  The Court GRANTS the motion to the extent that it seeks to have the law clerk "recused" from all participation whatsoever in this lawsuit.[2]  Although the law clerk in question will not be involved in this case no matter what, the Court is compelled to clarify the facts.  First, the law clerk has performed no work on this matter other than a standard jurisdictional check.  Second, other than to confirm that this case is sufficiently related to *In re Conseco Life Insurance Company Cost of Insurance Litigation*, MDL No. 1610 (AHM), the Court has not discussed this case with the law clerk.  Third, the Court has not discussed this case with the associate at Defendant's law firm and until yesterday was unaware that anyone even

---

[1] The individual is one of the Court's two law clerks.

[2] Ordinarily, under this District's procedures, if the pending motion were to recuse the Court itself, the motion would be randomly assigned to a different judge.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-1506 AHM (CTx) | Date | June 20, 2008 |
|---|---|---|---|
| Title | CELEDONIA X. YUE, M.D. v. CONSECO LIFE INSURANCE COMPANY | | |

perceived any connection between his employment and the law clerk's position. Fourth, the law clerk, who (like all the Court's law clerks) signed a confidentiality statement upon commencing her employment, has assured the Court that she has not discussed this case with the associate and, of course, will not do so in the future. Fifth, the Court previously has implemented ethical walls precluding a given law clerk from participating on a case or in discussions about the case; although the Court's chambers are compact and the staff functions collectively, it is easy to implement such restrictions, and that will be done on this case.

     The Court recognizes the care reflected in defendant's motion and considers it to have been made in good faith. It is, however, unnecessary for plaintiff to respond, given this ruling.

|  | : |  |
|---|---|---|
| Initials of Preparer | | SMO |