O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-1506-AHM (CTx) | Date | September 22, 2008 |
|---|---|---|---|
| Title | CELEDONIA X. YUE, M.D., etc. v. CONSECO LIFE INSURANCE COMPANY | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Cindy Nirenberg | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Timothy P. Dillon | Matthew M. Walsh |
| Francis J. Balint, Jr. | Mark J. Nagle |

**Proceedings:** (1) DEFENDANT'S MOTION TO DISMISS [28]
(2) DEFENDANT'S MOTION TO TRANSFER CASE TO SOUTHERN DISTRICT OF INDIANA [33]

Cause called; appearances made.

Court circulates a tentative order and hears oral argument. For reasons stated on the record, the Court takes defendant's motion to dismiss and motion to transfer under submission.

|   | : | 27 |
|---|---|---|
|   | Initials of Preparer | SMO |