O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-1506 AHM (SHx) | Date | June 30, 2010 |
|---|---|---|---|
| Title | CELEDONIA X. YUE v. CONSECO LIFE INSURANCE COMPANY | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:   Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Court ORDERS each side to separately set forth in writing (in separate briefs not to exceed five pages each), by not later than Friday, July 9, 2010:

(1) An example (using actual numbers for the numerator and denominator) of how the "mortality ratio" described in paragraph 29 of Plaintiff's Statement of Undisputed Facts would be used to calculate the cost of insurance rate for a given policyholder.

(2) An example (again using actual numbers) of how the "No Mortality Profits Principle" described in paragraph 29 of Defendant's Statement of Genuine Issues would be used to calculate the cost of insurance rate for the same given policyholder.

Each party is provide an example for both (1) and (2). The parties should meet and confer before they prepare their respective filings to agree on the hypothetical policyholder and numbers that form the basis for their calculations, (*e.g.,* assumptions as to mortality, lapse and interest rates, etc.).

|  | : |
|---|---|
| Initials of Preparer | SMO |