O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-1506 AHM (SHx) | Date | July 15, 2010 |
|---|---|---|---|
| Title | CELEDONIA X. YUE v. CONSECO LIFE INSURANCE COMPANY | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys **NOT** Present for Plaintiffs:              Attorneys **NOT** Present for Defendants:

**Proceedings:**          IN CHAMBERS (No Proceedings Held)

On March 4, 2008, Plaintiff Celedonia X. Yue, M.D. filed this putative class action alleging that in 2002 Defendant Conseco Life Insurance Company ("Conseco") wrongfully adopted an increase to the cost of insurance ("COI") rate for its "Valulife" and "Valuterm" life insurance policies (collectively, the "Policies"). The Complaint alleges breach of contract and violations of California Business and Professions Code §17200, *et seq.*, and seeks injunctive, declaratory, and monetary relief.

Currently under submission are (1) Conseco's motion for judgment on the pleadings and (2) Yue's motion for summary judgment on her third claim for declaratory relief. On June 30, 2010, the Court ordered the parties to submit additional briefing regarding the allegedly improper rate increase that Conseco adopted (the "2002 COI Increase").

In its response, Conseco stated that it has "definitively decided not to make the 2002 COI Increase effective and thus will not be taking the action that Yue seeks to enjoin."[1] (Conseco's Supp. Mem. at 1.) Conseco submitted a sworn declaration from its president Christopher J. Nickele confirming the same, and stating that the 2002 COI Increase "will not become and will never become effective for any Policy." (Nickele Supp. Decl. ¶ 3.) Thus, argues Conseco, "[t]his case no longer serves any purpose, as the

---

[1] The rate increase did not take effect immediately when it was adopted in 2002; rather, it is (or was) scheduled to take effect when the Policies reached their 21st year. (*See* SUF ¶ 23.)

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-1506 AHM (SHx) | Date | July 15, 2010 |
|---|---|---|---|
| Title | CELEDONIA X. YUE v. CONSECO LIFE INSURANCE COMPANY | | |

disputed 2002 COI Increase will now not take effect, and the only relief Yue seeks is equitable relief stopping the 2002 COI Increase from taking effect." (Conseco's Supp. Mem. at 1.)

In light of Conseco's representations, the Court ORDERS the parties to separately SHOW CAUSE in writing (not to exceed five pages) by not later than one week from the date of this Order why Conseco should not be required to enter into a consent judgment containing recitals consistent with the Nickele declaration that bind Conseco not to implement the 2002 COI Increase, and why such a judgment would not moot all other aspects of this case, thereby permitting the Court to close the case.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |