MATTHEW M. WALSH, SBN 175004
mwalsh@deweyleboeuf.com
DEWEY & LEBOEUF LLP
333 South Grand Avenue Suite 2600
Los Angeles, CA 90071-1530
Telephone: (213) 621 6000
Facsimile: (213) 621 6100

JOHN M. AERNI
jaerni@deweyleboeuf.com
Admitted *Pro Hac Vice*
ADAM J. KAISER
akaiser@deweyleboeuf.com
Admitted *Pro Hac Vice*
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019-6092
Telephone: (212) 259-8000
Facsimile: (212) 259-6333

Attorneys for Defendant

CONSECO LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CELEDONIA X. YUE, M.D., on behalf of the class of all others similarly situated, and on behalf of the General Public,<br><br>Plaintiff,<br><br>v.<br><br>CONSECO LIFE INSURANCE COMPANY, successor to Philadelphia Life Insurance Company and formerly known as Massachusetts General Life Insurance Company,<br><br>Defendant. | Case No. CV08-01506 AHM (SHx)<br><br>**NOTICE OF APPEAL** |

1

Notice is hereby given that Conseco Life Insurance Company, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on the 3rd day of February, 2011, attached hereto, and from all orders merged or incorporated therein, including but not limited to:

- The order entered on December 9, 2008 denying Defendant's motion to dismiss under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) (Docket Entry "DE" 51).
- The order entered on December 8, 2009 granting Plaintiff's motion for class certification under Federal Rule of Civil Procedure 23(b)(2) (DE 96).
- The order entered on October 8, 2010 inasmuch as it denies Defendant's motion to dismiss under Federal Rule of Civil Procedure 12(b)(1) (DE 160).
- The order entered on January 19, 2011 granting Plaintiff's motion for summary judgment under Federal Rule of Civil Procedure 56(c) (DE 168).

Dated: February 17, 2011     DEWEY & LEBOEUF LLP

By: _____/s/-Mathew M. Walsh_____
      Matthew M. Walsh
Attorneys for Defendant CONSECO LIFE INSURANCE COMPANY

2