FILED

UNITED STATES COURT OF APPEALS

MAR 27 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CELEDONIA X. YUE, M.D., on behalf of the class of others similarly situated and on behalf of the General Public,<br><br>           Plaintiff - Appellee,<br><br>   v.<br><br>CONSECO LIFE INSURANCE COMPANY, Successor: Philadelphia Life Insurance Company, FKA Massachusetts General Life Insurance Company,<br><br>           Defendant - Appellant. | No. 11-55275<br><br>D.C. No. 2:08-cv-01506-AHM-SH<br>Central District of California,<br>Los Angeles<br><br><br>ORDER |



**RECEIVED**
CLERK, U.S. DISTRICT COURT

3/27/13

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____CR_____ DEPUTY

| | |
|---|---|
| CELEDONIA X. YUE, M.D., on behalf of the class of others similarly situated and on behalf of the General Public,<br><br>           Plaintiff - Appellant,<br><br>   v.<br><br>CONSECO LIFE INSURANCE COMPANY, Successor: Philadelphia Life Insurance Company, FKA Massachusetts General Life Insurance Company,<br><br>           Defendant - Appellee. | No. 11-55359<br><br>D.C. No. 2:08-cv-01506-AHM-SH<br>Central District of California,<br>Los Angeles |

SL/Mediation

| | |
|---|---|
| CELEDONIA X. YUE, M.D., on behalf of the class of others similarly situated and on behalf of the General Public,<br><br>       Plaintiff - Appellee,<br><br>  v.<br><br>CONSECO LIFE INSURANCE COMPANY, Successor: Philadelphia Life Insurance Company, FKA Massachusetts General Life Insurance Company,<br><br>       Defendant - Appellant. | No. 11-56579<br><br>D.C. No. 2:08-cv-01506-AHM-SH<br>U.S. District Court for Central California, Los Angeles |

These appeals are stayed until June 25, 2013.

On or before June 25, 2013, counsel shall provide the undersigned with a

status report via e-mail (stephen_liacouras@ca9.uscourts.gov).

                 FOR THE COURT


                 By: Stephen Liacouras
                 Circuit Mediator

SL/Mediation